UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

RAUL AGUIREE BARAJAS,

    Petitioner,

v.

R. GRAVES,

    Respondent.

Case No.  16-cv-4516-NJV (PR)

**ORDER OF TRANSFER**

This is a petition for writ of habeas corpus filed by a state prisoner proceeding pro se.  He seeks review of a prisoner disciplinary finding that resulted in the loss of time credits.  The disciplinary finding occurred in this district.  However, petitioner is currently housed at Calipatria State Prison which is in the Southern District of California.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Southern District of California.  *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated:  August 22, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge